34 So.3d 140 (2010)
L.T.A. TRANSPORT, INC., a dissolved Florida corporation and Annette V. Trimino, a/k/a Annette Vaquez-Trimino, Appellants,
v.
TRANSPLATINUM SERVICES CORP., d/b/a Fleetone, Appellee.
No. 3D09-19.
District Court of Appeal of Florida, Third District.
April 21, 2010.
James K. Pedley, Fort Lauderdale, for appellants.
Markowitz, Davis, Ringel & Trusty and Jeremy R. Firth, Miami, for appellee.
Before SUAREZ and ROTHENBERG, JJ., and SCHWARTZ, Senior Judge.
SUAREZ, J.
Affirmed. See Bartlett Constr., Inc. v. Coastal Plains, Inc., 353 So.2d 892 (Fla. 3d DCA 1977).